■ DOLLAR DRY DOCK BANK, Formerly Doing Business as DOLLAR DRY DOCK SAVINGS BANK, Respondent, v PIPING ROCK CONTRACTING CORP. et al., Appellants, et al., Defendants.—In an action to foreclose a mortgage, the defendants Piping Rock Contracting Corp., Irving W. Meltzer, and Leon Perlstein appeal from an order of the Supreme Court, Nassau County (O'Shaughnessy, J.), entered June 4, 1990, which denied their motion to dismiss the complaint.

Ordered that the order is affirmed, with costs *(see, Dollar Dry Dock Bank v Piping Rock Bldrs.,* 181 AD2d 709 [decided herewith]). Thompson, J. P., Rosenblatt, Miller and Copertino, JJ., concur.

■ DUNKIN' DONUTS, INCORPORATED, Respondent, v HWT ASSOCIATES, INC., et al., Defendants. DAVID B. COHEN, Nonparty Appellant, and MAA COMPANY, Nonparty Respondent.— In an action, *inter alia,* to recover on a promissory note, David Cohen, the former attorney for the defendant HWT Associates, Inc., appeals from an order of the Supreme Court, Queens County (Santucci, J.), dated June 11, 1990, which denied his motion pursuant to Judiciary Law § 475 to fix and enforce his attorney's charging lien.

Ordered that the appeal is dismissed as academic, without costs or disbursements *(see, Dunkin' Donuts v HWT Assocs.,* 181 AD2d 713 [decided herewith]). Bracken, J. P., Harwood, Lawrence and O'Brien, JJ., concur.